IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff

v.                                    CR. NO. 1-04-10038

ELTON NANCE,
    Defendant

## MOTION TO CONTINUE

Comes now the Defendant, ELTON NANCE, by and through his attorney, and moves this Honorable Court for an order of continuance for the sentencing hearing on the indictment in the above styled cause. In support of his motion, Defendant Nance would show the Court that:

1. Counsel for Defendant Nance received a copy of the Pre-Sentence Report in this matter on April 21, 2005. Counsel met with Defendant on April 28, 2005.

2. At that meeting several issues were identified including the acquisition of court documents.

3. Counsel for Defendant has been unable to obtain those documents and has not completed research of the issues in the intervening two weeks.

**MOTION GRANTED**
DATE: 9 May 2005

James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 05-10-05

Counsel for Defendant has conferred with opposing counsel. He has no objection to this motion.

WHEREFORE, premises considered, Defendant moves this Honorable Court for a continuance of the sentencing hearing in the above styled cause.

Respectfully submitted,

Jeff Mueller
Attorney for Defendant
P.O. Box 3146
Jackson, TN 38303
731-988-9900

<u>CERTIFICATE OF SERVICE</u>

I certify that I have mailed, first class postage prepaid, or hand delivered a copy of the foregoing to:

Office of the United States District Attorney
109 S. Highland Ave.
3rd Floor
Jackson, TN 38301

this the __8__ day of __May__, 2005.

*Jeff Mueller*
Attorney for Nance

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 110 in case 1:04-CR-10038 was distributed by fax, mail, or direct printing on May 10, 2005 to the parties listed.

---

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Jeff Mueller
LAW OFFICES OF JEFF MUELLER
P.O. Box 3146
Jackson, TN 38303

Honorable James Todd
US DISTRICT COURT