FILED BY _____ *S* D.C.

05 JUN 24  AM 8:06

ROBERT R. DI TROLIO
CLERK OF US. DIST CT
WD OF TN-JACKSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION


UNITED STATES OF AMERICA

vs.                                    NO. 1:04-10038-02-T

ELTON NANCE

### ORDER DISMISSING COUNTS

Upon motion of the United States Attorney and for good cause shown, it is,

ORDERED that Counts 4S and 7S of the Superceding Indictment, as to the Defendant, Elton Nance, be and are hereby dismissed.

IT IS SO ORDERED.


_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 23 June 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _06-24-05_

117

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 117 in case 1:04-CR-10038 was distributed by fax, mail, or direct printing on June 24, 2005 to the parties listed.

Jeff Mueller
LAW OFFICES OF JEFF MUELLER
P.O. Box 3146
Jackson, TN 38303

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT