FILED BY _____ ___ D.C.
05 JUL 18 AM 8:21
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

UNITED STATES OF AMERICA,              )
                                       )
        Plaintiff,                     )
                                       )
VS.                                    )       No. 04-10038-T
                                       )
ELTON NANCE,                           )
                                       )
        Defendant.                     )

## ORDER DENYING MOTION FOR COMPENSATION
## IN EXCESS OF MAXIMUM LIMITS

Jeff Mueller, court-appointed counsel of record for defendant Elton Nance in this matter, has

filed a motion seeking compensation under the Criminal Justice Act ("CJA") in excess of the

maximum limit of $7,000.00 set out in the statute, 18 U.S.C. § 3006A(d)(2).   Pursuant to

§ 3006A(d)(3), compensation over the maximum amount may be allowed if the Court certifies that

the case involved extended or complex representation, and the payment is approved by the chief

judge of the circuit or his designee.

The Court has reviewed the record and concludes that this matter did not involve unusual

factual or legal issues so that the case could be deemed "complex". The Court also concludes that

the case did not require significantly more time for processing than the average case. Therefore, the

motion for excess compensation is DENIED.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_15 July 2005_____
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___07-19-05___

123

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 123 in case 1:04-CR-10038 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Jeff Mueller
LAW OFFICES OF JEFF MUELLER
P.O. Box 3146
Jackson, TN 38303

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT